UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **FREDDIE WARREN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.** |
| | ) | |
| v. | ) | **Judge** |
| | ) | |
| **P.O. CHRISTOPHER VALDEZ #8868,** | ) | **Magistrate Judge** |
| **P.O. JASON BULKLEY #9287,** | ) | |
| **Individually, and the CITY OF** | ) | **JURY DEMAND** |
| **CHICAGO, a Municipal Corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, FREDDIE WARREN, by and through his attorneys Gregory E. Kulis & Associates, Ltd., complaining against the Defendants, P.O. VALDEZ and P.O. BULKEY, Individually and the CITY OF CHICAGO, a Municipal Corporation, as follows:

## COUNT I – UNLAWFUL SEIZURE

1. This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, FREDDIE WARREN, accomplished by acts and/or omissions of the Defendants, P.O. VALDEZ and P.O. BULKEY, committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3. The Plaintiff, FREDDIE WARREN, was at all relevant times, a United States citizen and a resident of the State of Illinois.

4. At all relevant times the Defendants, P.O. VALDEZ and P.O. BULKEY, were duly appointed Chicago Police Officers acting within the scope of their employment and under color of law.

5. On or about October 11, 2018, the Plaintiff, FREDDIE WAREN was visiting family in the vicinity of 1248 S. Lawndale Ave, Chicago, Illinois.

6. Defendants, P.O. VALDEZ and P.O. BULKEY, arrived at the scene.

7. The Plaintiff was not committing a crime or breaking any laws.

8. Without just cause or provocation the Defendants grabbed the Plaintiff and jumped on him.

9. The Plaintiff was handcuffed and taken into custody.

10. There was no basis, or probable cause to take this Plaintiff, FREDDIE WARREN, into custody.

11. At all relevant times the Defendants, P.O. VALDEZ and P.O. BULKEY, were acting pursuant to the customs and policies of the Chicago Police Department.

12. The actions of the Defendants, P.O. VALDEZ and P.O. BULKEY, was intentional, willful and with malice.

13. Said actions of the Defendants, P.O. VALDEZ and P.O. BULKEY, violated the Plaintiff's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

14. As a direct and proximate consequence of said conduct of the Defendants, P.O. VALDEZ and P.O. BULKEY, the Plaintiff, FREDDIE WARREN, suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering.

WHEREFORE, the Plaintiff, FREDDIE WARREN, prays for judgment in his favor and against the Defendants, P.O. VALDEZ and P.O. BULKEY, for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

### COUNT II – EXCESSIVE FORCE

1-11. The Plaintiff, FREDDIE WARREN hereby realleges and incorporates his allegations of paragraphs 1-11 of Count I as his allegations of Paragraph 1-11 of Court II as though fully set forth herein.

12. When the Defendants jumped on him the Plaintiff was injured.

13. Said use of force was unprovoked.

14. Said use of force was excessive.

15. As a result of the physical actions of the Defendants, P.O. VALDEZ and P.O. BULKEY, the Plaintiff, FREDDIE WARREN, was injured.

16. The actions of the Defendants, P.O. VALDEZ and P.O. BULKEY, violated his Fourth Amendment Rights as protect by 42 U.S.C. § 1987.

17. As a direct and proximate consequence of said conduct of the Defendants, P.O. VALDEZ and P.O. BULKEY, the Plaintiff, FREDDIE WARREN, suffered violations of his Constitutional Rights, emotional anxiety, pain suffering and monetary expenses.

WHEREFORE, the Plaintiff, FREDDIE WARREN, prays for judgment in his favor and against the Defendant, P.O. VALDEZ and P.O. BULKEY, for a reasonable amount in compensatory damages, punitive damages, and costs.

### COUNT III – FALSE ARREST

1-15. The Plaintiff, FREDDIE WARREN, hereby re-alleges and incorporates his allegations of paragraphs 1-15 of Count II as his allegations of Paragraph 1-15 of Court III as though fully set forth herein.

16. To cover up their unlawful actions the Defendants thereafter arrested and charged the Plaintiff with numerous criminal violations including having a gun.

17. The Plaintiff did not have a gun.

18. These charges were false.

19. The Defendants did not recover a gun from the Plaintiff.

20. The actions of the Defendants violated his Fourth Amendment Rights as protected by 42 U.S.C. §1987.

21. As a direct and proximate consequence of said conduct of the Defendants, P.O. VALDEZ and P.O. BULKEY, the Plaintiff, FREDDIE WARREN, suffered violation of his Constitutional Rights, emotional anxiety, pain suffering and monetary expenses.

WHEREFORE, the Plaintiff, FREDDIE WARREN, prays for judgment in his favor and against the Defendant, P.O. VALDEZ and P.O. BULKEY, for a reasonable amount in compensatory damages, punitive damages, and costs.

## COUNT IV – MALICIOUS PROSECUTION

1-16. The Plaintiff hereby realleges and incorporates his allegations of paragraphs 1-16 of Count III as his respective allegations of paragraphs 1-16 of Count IV as fully set forth herein.

17. The Plaintiff had to go to court on several occasions.

18. The Defendants proceeded with the prosecution of these charges knowing they were false.

19. The charges were ultimately dismissed in Plaintiff's favor.

20. As a result of the violation charged the Plaintiff, FREDDIE WARREN, incurred pain, suffering, emotional distress, anxiety, fear, and monetary loss and monetary expenses.

WHEREFORE, the Plaintiff, FREDDIE WARREN, prays for judgment in his favor and against the Defendants, P.O. VALDEZ and P.O. BULKEY, for a reasonable amount in compensatory damages, punitive damages, and costs.

### COUNT V – INDEMNIFICATION / CITY OF CHICAGO

1-25. The Plaintiff, FREDDIE WARREN, hereby re-alleges and incorporates his allegations of all paragraphs of Counts I-IV as his allegations of Paragraph 1-25 of Court V as though fully set forth herein.

26. Illinois law provides that public entities are directed to pay any tort judgement for compensatory damages for which employees are liable within the scope of their employment activities.

27. All the Defendants are employees of the City of Chicago Police Department who acted within the scope of their employment in committing the misconduct described herein.

WHEREFORE, should Defendants be found liable for the acts alleged above, Defendants, P.O. VALDEZ and P.O. BULKEY and THE CITY OF CHICAGO would be liable to pay the Plaintiff any judgment obtained against said Defendants.

### JURY DEMAND

The Plaintiffs, FREDDIE WARREN, hereby requests a trial by jury.

Respectfully submitted,

/s/ Gregory E. Kulis
Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**